UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 10-88 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| CRAIG THOMAS CARR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:    Travel with Intent to Engage in Illicit Sexual Conduct; Engaging in Illicit Sexual Conduct in a Foreign Place; Sexual Exploitation of a Child

<u>Date of Detention Hearing</u>:   May 13, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged by Complaint with traveling to Cambodia for the purpose

DETENTION ORDER                                                                                                                    PAGE 1

of engaging in sexual conduct with another person under 18 years of age. He was in custody in Cambodia until he was returned to this District on May 7, 2010.

(2)     Defendant does not contest detention. He poses a risk of nonappearance due to ongoing mental health concerns, his inability to return to his current residence, and a recent history of international travel. He poses a risk of danger based on the nature of the instant offense.

(3)     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 13th day of May, 2010.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge